```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                      Case No. 13-16885-mdc
Jennie Snead                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2         Date Rcvd: Nov 15, 2018
                              Form ID: 138NEW           Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2018.
```
db             +Jennie Snead,    3728 Richmond Street,    Philadelphia, PA 19137-1414
13119934        AA Financial Services,    P.O. Box 15019,    Wilmington, DE 19886-5019
13119935       +Avadyn Health -Payment Processing Center,    10604 Justin Dr.,    Des Moines, IA 50322-3755
13119936      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank Of America,    Po Box 982235,    El Paso, TX 79998)
13119937       +Bravo,   P.O. Box 20012,    Nashville, TN 37202-0012
13119939       +Chase,   Po Box 24696,    Columbus, OH 43224-0696
13154536       +Credit First NA,    Po Box 818011,    Cleveland, OH 44181-8011
13119942       +Credit First/CFNA,    BK13 Credit Operations,    PO Box 818011,    Cleveland, OH 44181-8011
13119945       +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
13119946       +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13119947       +HealthSpring, Inc.,    1500 Spring Garden St. Ste. 800,    Philadelphia, PA 19130-4071
13839173       +JPMorgan Chase Bank NA,    c/o Thomas Puleo, Esq.,    KML Law Group PC,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
13128529       +JPMorgan Chase Bank NA,    c/o Andrew F. Gornall, Esq.,    KML Law Group PC,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
13204812       +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7133,    Columbus, OH 43219-6009
13119949        Monro Muffler/Brake & Service,    P.O. Box 81410,    Cleveland, OH 44181-0410
13119950        Nazareth Hospital,    A Member of Mercy Health System,    P.O. Box 824840,
                 Philadelphia, PA 19182-4840
13119951        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
13119952       +Temple University Hospital,    3401 N. Broad Street,    Philadelphia, PA 19140-5189
13119953       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631
13119954        Wills Surgery Center In The Northeast,    8400 Roosevelt Blvd Suite A,
                 Philadelphia, PA 19152-2081
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Nov 16 2018 03:25:08     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2018 03:24:14
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 16 2018 03:24:59     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13119941        E-mail/Text: megan.harper@phila.gov Nov 16 2018 03:25:08     City of Philadelphia,
                 Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphai, PA 19102
13119938        E-mail/Text: clientrep@capitalcollects.com Nov 16 2018 03:25:54     Capital Collection Service,
                 P.O. Box 150,    West Berlin, NJ 08091-0150
13119940       +E-mail/Text: ecf@ccpclaw.com Nov 16 2018 03:23:45     Cibik and Cataldo, P.C.,
                 1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
13119943        E-mail/Text: mrdiscen@discover.com Nov 16 2018 03:23:46     Discover,    P.O. Box 6103,
                 Carol Stream, IL 60197-6103
13130632        E-mail/Text: mrdiscen@discover.com Nov 16 2018 03:23:46     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13119944       +E-mail/Text: mrdiscen@discover.com Nov 16 2018 03:23:46     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13119948        E-mail/Text: cio.bncmail@irs.gov Nov 16 2018 03:23:52     I.R.S.,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
                                                                                              TOTAL: 10
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Stacey              Page 2 of 2            Date Rcvd: Nov 15, 2018
                              Form ID: 138NEW           Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2018 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    JP MORGAN CHASE BANK NATIONAL ASSOCIATION
           agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
          MICHAEL A. CIBIK2    on behalf of Debtor Jennie    Snead ecf@ccpclaw.com, igotnotices@ccpclaw.com
          THOMAS I. PULEO    on behalf of Creditor    JP MORGAN CHASE BANK NATIONAL ASSOCIATION
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                          TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Jennie Snead

    Debtor(s)

Bankruptcy No: 13−16885−mdc

Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑  2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑  3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 11/15/18

22 − 21
Form 138_new